UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

JAIME MERCADO,

    Plaintiff,

v.

BIG COUNTRY MUFFLERS AND
AUTO REPAIR, et al.,

    Defendants.

No. 1:23-CV-104-H-BU

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the Court dismiss this action under Federal Rule of Civil Procedure 41(b) due to the plaintiff's failure to prosecute and comply with Court Orders. Dkt. No. 16.  No objections were filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *See Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020).  The District Court has reviewed the FCR for plain error.  Finding none, the Court accepts and adopts the FCR.  The plaintiff's claims against the defendants are dismissed without prejudice for want of prosecution and failure to comply with Court Orders.

So ordered on February 6, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE